**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION**

| | | |
|---|---|---|
| *In re Subpoena Issued to*<br>*Dave's Redistricting App,* | §<br>§ | Misc. No. 2:22-mc-00069-RSL |

| | | |
|---|---|---|
| REPRESENTATIVE JACEY JETTON and<br>ADAM FOLTZ, | §<br>§<br>§ | |
| *Movants,* | §<br>§ | |
| V. | §<br>§ | |
| UNITED STATES OF AMERICA, | §<br>§ | |
| *Respondent.* | §<br>§ | |

**OPPOSED EMERGENCY MOTION TO STAY SUBPOENA;
UNOPPOSED MOTION TO TRANSFER TO CONSOLIDATED CASES;
OR IN THE ALTERNATIVE OPPOSED MOTION TO QUASH**

This application arises out of the consolidated litigation relating to the redistricting of Texas's legislative districts in response to the 2020 Census. *See League of United Latin American Citizens v. Abbott,* No. 3:21-cv-259 (W.D. Tex.). The United States issued an untimely subpoena *duces tecum* to Dave's Redistricting App, located in Seattle. That subpoena is to be executed this coming Monday, August 15ᵗʰ, 2022. Texas State Representative Jacey Jetton and Adam Foltz, who is employed by the Texas Legislature, created accounts with Dave's, and possess confidential materials they used in furtherance of their legislative duties to draw new electoral maps. The materials are stored on Dave's servers.

Firstly, to allow the Court sufficient time to consider the merits of the motion, Movants respectfully request that the Court stay execution of the subpoena pending decision on the instant motions. In the alternative, and in the event the Court is inclined to transfer this action, Movants request that the Court administratively stay the subpoena until such time as the Texas court has an opportunity to consider the stay motion. Secondly, Movants request that the Court transfer this action to the Western District of Texas, to be consolidated with the lead redistricting case. This same approach was

followed in these cases for two other motions to quash filed outside the home district. *See In re Subpoena to Eric Wienckowski*, No. 7:22-mc-164, ECF 15 (S.D.N.Y. June 23, 2022); *In re Subpoena to Thomas Bryan*, No. 3:22-mc-007, ECF 8 (E.D. Vir. July 5, 2022). In the alternative, Movants request that this Court quash the instant subpoena because it is untimely issued; set to be enforced *after* the discovery deadline (July 15th, 2022) has already closed. The subpoena should also be quashed because it seeks information that is subject it the legislative privilege. Movants' arguments in support of these motions are fully set forth in the accompanying memorandum of law.

Date: August 12, 2022

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Tex. State Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Tex. State Bar No. 24088531

JACK B. DISORBO
Assistant Attorney General, Special Litigation Unit
Tex. State Bar No. 24120804

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov
jack.disorbo@oag.texas.gov

**COUNSEL FOR DEFENDANTS, REPRESENTATIVE JACEY JETTON AND ADAM FOLTZ**

TAYLOR A.R. MEEHAN
FRANK H. CHANG
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, Virginia 22209
(703) 243-9423

taylor@consovoymccarthy.com
frank@consovoymccarthy.com

ADAM K. MORTARA
LAWFAIR LLC
125 South Wacker, Suite 300
Chicago, IL 60606
(773) 750-7154
mortara@lawfairllc.com

**COUNSEL FOR REPRESENTATIVE JACEY JETTON AND ADAM FOLTZ**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for the United States and counsel for Dave's Redistricting App regarding the issues presented by these motions. Dave's takes no position on the motion to quash or on the motion to stay. It did not advise a position on the motion to transfer. The United States opposes the motion to quash and motion to stay. It consents to the motion to transfer.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

*/s/ Jack DiSorbo*
JACK B. DISORBO

## CERTIFICATE OF SERVICE

I certify that on August 12th I served this motion on all counsel for the United States and counsel for Dave's Redistricting App by email.

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN

*/s/ Jack DiSorbo*
JACK B. DISORBO