# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | | |
|---|---|---|
| *In re Subpoena Issued to Dave's Redistricting App,* | § § | Misc. No 2:22-mc-00069-RSL |
| REPRESENTATIVE JACEY JETTON and ADAM FOLTZ,<br><br>*Movants,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Respondent.* | § § § § § § § § § § § | |

## ORDER

Before the Court is Representative Jacey Jetton and Adam Foltz's opposed emergency motion to stay; unopposed motion to transfer to consolidated cases; or in the alternative opposed motion to quash. The motion is GRANTED IN PART.

This matter is TRANSFERRED to the Western District of Texas, El Paso Division, to be consolidated with *League of United Latin American Citizens v. Abbott*, No. 3:21-cv-259 (W.D. Tex.).

Execution of the subpoena *duces tecum* issued to Dave's Redistricting App by the United States is ADMINISTRATIVELY STAYED. Both the motion to stay and the motion to quash will remain pending.

SO ORDERED.

Signed this ___ day of August, 2022

_____

United States District Judge, Western District of Washington