UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In re Subpoena to Dave's Redistricting App* | Cause No. MC22-0069RSL |
| ----------------------------------------------------- | |
| REPRESENTATIVE JACEY JETTON and ADAM FOLTZ, | Underlying case: *League of United Latin American Citizens v. Abbott*, No. 3:21-cv-0259 (W.D. Tex). |
| Movants, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

On July 14, 2022, the United States served a subpoena on Dave's Redistricting App to

obtain documents over which movants had claimed legislative privilege in the underlying case.

The recipient is prepared to comply with the subpoena on August 15, 2022, as directed. Movants

seek a stay of the production to allow sufficient time for a court to consider the merits of their

motion to quash. They also seek transfer of this matter to the Western District of Texas (the

issuing court) under Fed. R. Civ. P. 45(f). The United States opposes the motion to stay and the

motion to quash but consents to the motion to transfer. Dave's Redistricting App takes no

position on the motion to stay or the motion to quash and was not asked whether it opposes or

consents to a transfer.

ORDER - 1

The motion to stay the subpoena is GRANTED. Movants have raised colorable objections to the third-party subpoena that should be resolved before responsive documents are produced. The motion to transfer is DENIED. The recipient of the subpoena has not consented to having to litigate this matter in the Western District of Texas, and movants have not shown exceptional circumstances. The Clerk of Court is directed to note the motion to quash for consideration on Friday, August 26, 2022. The United States' response is due on or before Tuesday, August 23, 2022. Movants' reply, if any, is due on or before the note date.

Dated this 12th day of August, 2022.

Robert S. Lasnik
United States District Judge

ORDER - 2